In the Matter of the Judicial Settlement of the Accounts of Henry J. Sullivan, as Administrator of Rebecca B. Evans, Deceased, Appellant; Richard B. Evans et al., Respondents.

*Matter of Sullivan,* 41 App. Div. 623, affirmed.
(Argued February 25, 1901; decided March 5, 1901.)

Appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 24, 1899, affirming a decree of the Monroe County Surrogate's Court disallowing certain items of the accounts of

Henry J. Sullivan, as administrator of Rebecca B. Evans, in an action for a final settlement of such accounts.

*George Raines* and *H. J. & W. H. Sullivan* for appellant.

*D. W. Forsyth, Selden S. Brown* and *Joseph B. Hone* for respondents.

Order affirmed, with costs against the appellant personally; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.